| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Block, Frederic | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza E.<br>Eastern District Court of NY<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Frederic Block, P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Block, Frederic

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL ASSOC. OF CRIMINAL DEFENSE LAWYERS | 1/14/2009 to 1/21/2009 | ASPEN, CO | EDUCATIONAL SEMINAR | TRANSPORTATION, LODGING AND FOOD |
| 2. | NORTHWESTERN UNIVERSITY SCHOOL OF LAW | 4/22/2009 TO 4/24/2009 | CHICAGO, IL | PROFESSIONAL EDUCATION | TRANSPORTATION, LODGING AND FOOD |
| 3. | GEORGE MASON UNIVERSITY SCHOOL OF LAW | 11/30/2009 TO 12/6/2009 | CAPTIVA ISLAND, FLORIDA | PROFESSIONAL EDUCATION | FOOD AND LODGING |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | BANK OF AMERICA SER A PFD | A | Interest | K | T | Buy | 01/13/09 | K | | |
| 2. | BANK OF AMERICA SER 2 PFD | A | Interest | | | Sold | 05/08/09 | K | A | |
| 3. | BECTON DICKENSON CO | A | Dividend | K | T | Buy | 01/13/09 | K | | |
| 4. | FIRST TR TAX ADVANT. PFD INC FD | A | Dividend | | | Sold | 06/26/09 | K | | |
| 5. | BLACKROCK NY MN 1 TR SBI | C | Dividend | L | T | Buy | 06/26/09 | J | | |
| 6. | EATON VANCE INS NY MUN | C | Dividend | L | T | | | | | |
| 7. | CITIGROUP CAP. VIII DEF INT TRUST PFD STK 6.950% 09/15/31 | A | Interest | J | T | | | | | |
| 8. | EATON VANCE RISK MANGD DIVRS EQ INC FD | C | Dividend | K | T | Buy | 07/29/09 | K | | |
| 9. | ABN AMRO CAP FD TR VII PFD NON CUM 6.08% PERP | C | Dividend | | | Sold | 11/10/09 | K | | |
| 10. | ROYAL BK SCOT GRP PLC 6.35% NONCUM PRF SR-N | C | Dividend | | | Sold | 09/15/09 | K | | |
| 11. | BLACKROCK MUNIYIELD NY INS FD INC | A | Dividend | K | T | | | | | |
| 12. | NUVEEN NY INV QUAL MUNI | C | Dividend | L | T | | | | | |
| 13. | NUVEEN NY QUAL INC MUNI | C | Dividend | L | T | | | | | |
| 14. | PIMCO NY MUN INC FD | B | Dividend | K | T | | | | | |
| 15. | COHEN & STEERS CLOSED END OPPTY FD(2) | A | Dividend | J | T | | | | | |
| 16. | ISHARES DOW JONES US RE INDEX FD | A | Dividend | K | T | Buy | 05/08/09 | J | | |
| 17. | MERRILL LYNCH BANK USA(2) | A | Interest | K | T | Merged<br>(with line 19) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIA CARD SERVICES NA | A | Interest | K | T | | | | | |
| 19. SATURNS-GS 2004-2 SER GS 5.75% 2/15/33 | B | Interest | K | T | | | | | |
| 20. BLACKROCK WORLD INVT TR | A | Dividend | | | Sold | 08/03/09 | K | | |
| 21. NUVEEN NY PREF PLS MUNI | C | Dividend | L | T | Buy (add'l) | 11/10/09 | J | | |
| 22. RESEARCH IN MOTION LTD | | None | J | T | | | | | |
| 23. VERIZON COMM COM | B | Dividend | J | T | Buy | 05/13/09 | J | | |
| 24. WESTERN ASST/CLAYMORE US TREAS. INFLATION | B | Dividend | | | Sold | 01/16/09 | K | | |
| 25. WESTERN ASSET/CLAYMORE INFL.-LNKD OPT & INC FD | B | Dividend | K | T | | | | | |
| 26. IRA - F. BLOCK | | | | | | | | | |
| 27. ALLIED CAPITAL CORP NEW | A | Dividend | J | T | | | | | |
| 28. ANNALY CAP MGMT INC | B | Dividend | K | T | Buy (add'l) | 07/14/09 | J | | |
| 29. ARROW ALTERN. SOLUTIONS FD CL A | A | Dividend | | | Sold | 12/15/09 | L | | |
| 30. BLACKROCK PFD INC STRAT | B | Dividend | | | Sold | 06/29/09 | K | | |
| 31. BLACKROCK PFD & CORP INC | B | Dividend | | | Sold | 06/29/09 | J | | |
| 32. CGM ADVISOR TARG.EQ. FD CL C | A | Dividend | | | Sold | 03/06/09 | J | | |
| 33. DWA TECH LEADERS PORT | | None | | | Sold | 07/17/09 | J | | |
| 34. EATON VANCE DIVIDEND BLDR FD CL C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. EATON VANCE RISK MANAGED DIVRS.EQ. INC FD | A | Dividend | | | Sold | 10/26/09 | K | | |
| 36. JOHN HANCOCK LG CAP EQ FD CL C | A | Dividend | | | Sold | 06/24/09 | K | | |
| 37. PIMCO TOTAL RETURN FD CL C | B | Dividend | L | T | Buy (add'l) | 12/15/09 | J | | |
| 38. -MORGAN STANLEY - TR V DEF INT TR PFD 5.75% 7/15/33 | A | Interest | J | T | | | | | |
| 39. CBS CORP. 7.25% 06/30/51 | B | Interest | K | T | | | | | |
| 40. -CITIGROUP CAP VIII DEF INT TR PFD STK 6.95% 09/15/31 | C | Interest | K | T | | | | | |
| 41. -VORNADO REALTY TRUST SER F CUM PFD SHS 6.75% PERP | B | Interest | K | T | | | | | |
| 42. AMERICAN FUNDM INVT CL C FD | A | Dividend | | | Sold | 07/15/09 | K | | |
| 43. AMERICAN CAP WLD GRW & INC CL C | A | Dividend | | | Sold | 07/15/09 | K | | |
| 44. AMERICAN BOND FD OF AMERICA CL C | C | Dividend | L | T | Buy (add'l) | 07/15/09 | L | | |
| 45. AMERICAN BOND FD OF AMERICA CL C | C | Dividend | L | T | Sold (part) | 10/13/09 | K | | |
| 46. ARROW DWA BALANCED FD CL A | A | Dividend | L | T | | | | | |
| 47. BLACKROCK EQUITY DIV FD C | A | Dividend | K | T | | | | | |
| 48. BLACKROCK HL SC OPP C | | None | K | T | Buy | 09/09/09 | K | | |
| 49. CALAMOS CONV OPP INC FD | C | Dividend | K | T | Buy | 06/24/09 | K | | |
| 50. CALAMOS CONVERTIBLE FD CL C | A | Dividend | K | T | Buy | 06/19/09 | K | | |
| 51. COHEN & STEERS CLOSED END OPPTY FD | B | Dividend | K | T | Buy (add'l) | 08/04/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -EVERGREEN MANAGED INCOME FUND Multi Sector | C | Dividend | K | T | | | | | |
| 53. IVY ASSET STRATEGY FD CL C | | None | L | T | Buy (add'l) | 03/19/09 | J | | |
| 54. BLACKROCK ALLOCATION C | A | Dividend | | | Sold | 03/19/09 | J | | |
| 55. SATURNS-GS 2004-2 SER GS 5.75% 2/15/33 | B | Dividend | K | T | | | | | |
| 56. THORNBURG INC BUILDER FD CL C | B | Dividend | K | T | | | | | |
| 57. -MERRILL LYNCH BANK USA RASP | A | Interest | J | T | Merged (with line 59) | | | | |
| 58. FIA CARD SERVICES NA RASP | A | Interest | K | T | | | | | |
| 59. USB CAPITAL VI 5.75% 3/9/35 | B | Dividend | K | T | Buy (add'l) | 10/21/09 | K | | |
| 60. -LOOMIS SAYLES INV GRADE BOND FD CL C | C | Dividend | K | T | Sold (part) | 06/09/09 | K | | |
| 61. LOOMIS SAYLES STRAT INC FD CL C | C | Dividend | L | T | Buy (add'l) | 10/26/09 | K | | |
| 62. MFS UTILITIES FD SER TR VI UTL CL C | B | Dividend | L | T | Buy | 12/10/09 | L | | |
| 63. PIMCO ALL ASSET ALL AUTH FD CL C | C | Dividend | K | T | Buy | 10/07/09 | K | | |
| 64. PIMCO REAL RETURN FD CL C | B | Dividend | L | T | Buy | 06/04/09 | L | | |
| 65. NUVEEN QUAL PREF INC 2 | C | Dividend | | | Sold | 08/04/09 | K | | |
| 66. BANK OF SMITHTOWN | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544